UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITE WAVE INTERNATIONAL LABS,
INC., a Florida corporation,

    Plaintiff,

v.                           CASE NO: 8:09-cv-1260-T-33MAP

LINDSAY LOHAN; LORIT, LLC;
LORIT SIMON; CROSSHEART
PRODUCTIONS, INC.; and SHAWN
LAMPMAN,

    Defendants.
_____/

**<u>ORDER</u>**

    This cause comes before the Court pursuant to Defendants Lorit, LLC, Lorit Simon and Shawn Lampman's Motion to Set Aside the Clerk's Entry of Default (Doc. # 28). Plaintiff filed an Amended Memorandum in Opposition thereto (Doc. # 38).

    Rule 55(c) of the Federal Rules of Civil Procedure provides that "[f]or good cause shown the court may set aside an entry of default." Fed. R. Civ. P. 55(c). Some of the factors that a court may consider in determining whether there is good cause shown for setting aside an entry of default include: (1) there was excusable neglect on the part of the defaulting party for not answering the complaint; (2) the defaulting party responded promptly after notice of the entry of default; (3) setting aside the default will not prejudice

the non-defaulting party; and (4) the defaulting party had a meritorious defense.  Boron v. West Tex. Exports, Inc., 680 F. Supp. 1532, 1536 (S.D. Fla. 1988), aff'd, 869 F.2d 1500 (11th Cir. 1989); see also Compania Interamericana Export-Import, S.A. v. Compania Dominicana, 88 F.3d 948, 951 (11th Cir. 1996).

The Court finds that all these factors have been met in the case at bar, and good cause for setting aside the entry of default has been established by Defendants.[1]

Accordingly, it is **ORDERED, ADJUDGED, and DECREED:**

Defendants Lorit, LLC, Lorit Simon and Shawn Lampman's Motion to Set Aside the Clerk's Entry of Default (Doc. # 28) is **GRANTED**.  The Clerk is directed to set aside each of the clerk's entry of defaults (Docs. # 23, 24 & 25).  Defendants that have not yet done so shall file their responses to Plaintiff's complaint by **July 1, 2010**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of June, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[1] The Court need not reach Defendant Simon's argument regarding service of process as it finds default should be set aside on this alternative basis.