UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITE WAVE INTERNATIONAL LABS,
INC., a Florida corporation,

    Plaintiff,

v.                      CASE NO: 8:09-cv-1260-T-33MAP

LINDSAY LOHAN, et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Plaintiff's Motion for Default Judgment (Doc. # 62) and Plaintiff's Motion for Reconsideration of the Amended Case Management and Scheduling Order (Doc. # 64).

The Court construes the Motion for Default Judgment as a motion for entry of default. The Court finds that entry of default against Defendant Lorit, LLC is appropriate based on its failure to comply with the Court's April 12, 2011 Order directing Lorit to obtain new counsel within 30 days (Doc. # 61). Lorit was cautioned that a corporation must be represented by counsel and cannot appear *pro se*. Local Rule 2.03(e). Accordingly, the motion is due to be granted and default is due to be entered.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion for Default Judgment (Doc. # 62) is construed as a motion for entry of default and is **GRANTED**. The Clerk is directed to enter default as to Defendant Lorit, LLC.

(2) Plaintiff shall immediately undertake discovery pertaining to the issue of damages with a deadline of November 4, 2011.

(3) Plaintiff shall file its motion for default judgment by November 14, 2011.

(4) The Court will hold a hearing on the motion for default judgment on **December 6, 2011** at **9:00 a.m.** in lieu of the currently scheduled pretrial conference. If the Court determines that a jury trial on the issue of damages is appropriate, the issue will be tried on the Court's January 2012 trial calendar.

(5) Plaintiff's Motion for Reconsideration of the Amended Case Management and Scheduling Order (Doc. # 64) is **GRANTED** to the extent that the deadlines set forth in the Case Management and Scheduling

2

Order are now moot.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of July, 2011.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record