UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITE WAVE INTERNATIONAL LABS,
INC.,

        Plaintiff,

v.                          Case No. 8:09-cv-1260-T-33TGW

LORIT, LLC,

        Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the January 19, 2012, report and recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 100), in which Judge Wilson recommends that Plaintiff's Motion for Imposition of Attorney's Fees as a Condition of Vacating the Entry of Default (Doc. # 93) be denied, because Plaintiff failed to state a cognizable basis for the requested relief.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112

(1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 100) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff's Motion for Imposition of Attorney's Fees as a Condition of Vacating the Entry of Default is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of February, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record